**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DEANTHONY LAVONTRI GREER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:23-cv-088-RAH-CWB** |
| | ) | |
| **KAREN CARTER, WARDEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation filed March 10, 2023, (Doc. 5), to which no objections have been filed.  Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED;

2.  This case is DISMISSED without prejudice for Plaintiff's failure to file the filing fee pursuant to the provisions of 28 U.S.C. § 1915(b)(2) as ordered by this Court, (Doc. 4);

3.  No costs are taxed.

A separate Final Judgment will be entered in accordance with this Order.

DONE, on this the 31st day of March, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE